UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| STATE OF NORTH DAKOTA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF INTERIOR, et al.,<br><br>    Defendants,<br><br>CONSERVATION LANDS FOUNDATION, et al.,<br><br>    Intervenor-Defendants,<br><br>and<br><br>BADLANDS CONSERVATION ALLIANCE, et al.,<br><br>    Intervenor-Defendants. | Case No. 1:24-cv-124-DMT-CRH |

**JOINT MOTION FOR ENTRY OF AMENDED BRIEFING SCHEDULE**

On September 27, 2024, Plaintiffs and Federal Defendants submitted a Joint Motion for Entry of Proposed Scheduling Plan ("Scheduling Plan Motion"). ECF No. 40. The Scheduling Plan Motion proposed a schedule for lodging the administrative record, briefing any objections to the administrative record, and briefing cross-motions for summary judgment on the merits. *Id.* at 2-3.

At the time the Scheduling Plan Motion was submitted, two groups of prospective Intervenor-Defendants, the CLF Intervenors and the BCA Intervenors, had filed motions to intervene that had not yet been ruled upon. *Id.* at 1. The Scheduling Plan Motion noted: "If the proposed intervenors are granted intervention by the Court, the Parties may submit an amended

1

proposed briefing schedule accounting for the additional parties." *Id.* at 2 n.1. The Court granted the Scheduling Plan Motion on September 30, 2024. ECF No. 41. The Court granted both the CLF Intervenors' and the BCA Intervenors' motions to intervene on October 24, 2024. ECF No. 45.

Now, to account for the participation of Intervenor-Defendants, the parties move to establish the following amended briefing schedule:

| Deadline | Date | Page Limits |
|---|---|---|
| Plaintiffs or Intervenor-Defendants to notify Federal Defendants of any record objections | Fri., Dec. 20, 2024 | |
| Plaintiffs' or Intervenor-Defendants' motion to complete the administrative record (if any) | Wed., Jan. 15, 2025 | |
| Response(s) to motion to complete the administrative record (if any) | Wed., Jan. 29, 2025 | |
| Plaintiffs' or Intervenor-Defendants' reply to motion to complete the administrative record (if any) | Wed., Feb. 12, 2025 | |
| Plaintiffs' summary judgment motion | Fri., Feb. 21, 2025 | 45 pages |
| Federal Defendants' cross motion for summary judgment and response to Plaintiffs' motion | Fri., Apr. 11, 2025 | 45 pages |
| Intervenor-Defendants' cross motions for summary judgment and responses to Plaintiffs' motion | Fri., Apr. 18, 2025 | 35 pages each |
| Plaintiffs' response to Federal Defendants' and Intervenor-Defendants' motions and reply in support of their motion | Fri., May 9, 2025 | 30 pages |
| Federal Defendants' reply in support of their motion | Fri., May 30, 2025 | 20 pages |
| Intervenor-Defendants' replies in support of their motions | Fri., June 6, 2025 | 15 pages each |
| Oral Argument | To be scheduled by the Court after completion of briefing | |

Respectfully submitted this 20th day of November, 2024.

| | |
|---|---|
| TODD KIM<br>Assistant Attorney General<br>Environment & Natural Resources Division<br>United States Department of Justice<br><br>*/s/ Luther L. Hajek*<br>SHANNON BOYLAN<br>Trial Attorney<br>United States Department of Justice<br>Environment and Natural Resources Division<br>150 M St NE<br>Washington, D.C. 20002<br>Tel: (202) 598-9584 / Fax: (202) 305-0506<br>shannon.boylan@usdoj.gov<br><br>LUTHER L. HAJEK<br>Trial Attorney<br>United States Department of Justice<br>Environment and Natural Resources Division<br>999 18th St. South Terrace – Suite 370<br>Denver, CO 80202<br>Tel: 303-844-1376 / Fax: 303-844-1350<br>luke.hajek@usdoj.gov<br><br>*Attorneys for Federal Defendants* | DREW H. WRIGLEY<br>Attorney General<br><br>*/s/ Philip Axt*<br>PAUL M. SEBY<br>Special Assistant Attorney General<br>1144 15th St, Suite 3300<br>Denver, CO 80202<br>Telephone: (303) 572-6584<br>sebyp@gtlaw.com<br><br>PHILIP AXT<br>Solicitor General<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck ND 58505<br>Phone: (701) 328-2595<br>Email: pjaxt@nd.gov<br><br>*Counsel for State of North Dakota* |
| RAÚL R. LABRADOR<br>Attorney General<br><br>*/s/ Michael C. Orr*<br>JOY M. VEGA<br>MICHAEL C. ORR<br>Deputy Attorneys General<br>Energy and Natural Resources Division<br>Office of the Attorney General<br>700 W. State Street, 2nd Floor<br>P.O. Box 83720<br>Boise, ID 83720<br>Phone: (208) 334-2400<br>Email: joy.vega@ag.idaho.gov<br>Email: michael.orr@ag.idaho.gov<br><br>*Counsel for State of Idaho* | AUSTIN KNUDSEN<br>Attorney General<br><br>*/s/ Peter M. Torstensen, Jr.*<br>CHRISTIAN B. CORRIGAN<br>Solicitor General<br>PETER M. TORSTENSEN, JR.<br>Deputy Solicitor General<br>Montana Department of Justice<br>215 N. Sanders Street<br>Helena, MT 59601<br>Phone: (406) 444-2707<br>Email: Christian.Corrigan@mt.gov<br>Email: Peter.Torstensen@mt.gov<br><br>*Counsel for State of Montana* |

| | |
|---|---|
| */s/ Samantha R. Caravello* | */s/ David Woodsmall* |
| NATHANIEL H. HUNT | DAVID WOODSMALL* |
| SAMANTHA R. CARAVELLO | Western Environmental Law Center |
| Kaplan Kirsch LLP | 120 Shelton McMurphey Blvd., Suite 340 |
| 1675 Broadway, Suite 2300 | Eugene, OR 97401 |
| Denver, CO 80202 | Telephone: (971) 285-3632 |
| Telephone: (303) 825-7000 | woodsmall@westernlaw.org |
| nhunt@kaplankirsch.com | |
| scaravello@kaplankirsch.com | BARBARA CHILLCOTT* |
| | Western Environmental Law Center |
| TODD C. TUCCI* | 103 Reeder's Alley |
| SARAH STELLBERG* | Helena, MT 59601 |
| ANDREW HURSH* | Telephone: (406) 430-3023 |
| Advocates for the West | chillcott@westernlaw.org |
| P.O. Box 1612 | |
| Boise, ID 83702 | ROSE RUSHING * |
| Telephone: (208) 342-7024 | Western Environmental Law Center |
| ttucci@advocateswest.org | 208 Paseo Del Pueblo Sur #602 |
| sstellberg@advocateswest.org | Taos, NM 87571 |
| ahursh@advocateswest.org | Telephone: (505) 278-9577 |
| | rushing@westernlaw.org |

*Attorneys for Intervenor-Defendants Conservation Lands Foundation, Southern Utah Wilderness Alliance, and The Wilderness Society*

*Attorneys for Intervenor-Defendants Badlands Conservation Alliance, Center for Biological Diversity, Citizens for a Healthy Community, Diné Citizens Against Ruining Our Environment, San Juan Citizens Alliance, Sierra Club, and WildEarth Guardians*

*\* Admitted Pro Hac Vice*

4

5

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

Dated: November 20, 2024.

*/s/ Samantha R. Caravello*
Samantha R. Caravello
