# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| STATE OF NORTH DAKOTA, *et al.*, | No. 1:24-cv-124-DMT-CRH |
| Plaintiffs, | Hon. Daniel M. Traynor |
| v. | **JOINT STATUS REPORT** |
| UNITED STATES DEPARTMENT OF INTERIOR, *et al.*, | |
| Defendants, | |
| BADLANDS CONSERVATION ALLIANCE, *et al.*, | |
| Defendant-Intervenors, | |
| and | |
| CONSERVATION LANDS FOUNDATION, *et al.*, | |
| Defendant-Intervenors. | |

Defendants U.S. Department of the Interior *et al.*, Plaintiffs State of North Dakota *et al.*, Defendant-Intervenors Badlands Conservation Alliance *et al.*, and Defendant-Intervenors Conservation Lands Foundation *et al.* respectfully submit this joint status report in response to the Court's June 9, 2025 Order continuing the stay of this case, ECF No. 58. Federal Defendants request that the stay be extended by an additional sixty days to allow new administration officials to continue to evaluate the litigation and determine how they wish to proceed. No party opposes this request.

This case challenges the Conservation and Landscape Health Rule, 89 Fed. Reg. 40,308 (May 9, 2024) ("Public Lands Rule"). Plaintiffs allege that the U.S. Bureau of Land Management ("BLM") violated the Federal Land Policy and Management Act, Administrative

1

Procedure Act, National Environmental Policy Act, Congressional Review Act, and Mineral Leasing Act in promulgating the rule.  *See* Compl., ECF No. 1.  At Federal Defendants' request, summary judgment briefing has been stayed.  *See* June 9, 2025 Order.

      Courts have broad discretion to stay proceedings and to defer judicial review in the interest of justice and efficiency.  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."  *Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998) (quoting *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936)); *see also CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *Am. Petroleum Inst. v. EPA*, 683 F.3d 382, 388 (D.C. Cir. 2012) (premature and unnecessary judicial review "would hardly be sound stewardship of judicial resources").

      Federal Defendants report that due to the recent change in administration on January 20, 2025, there is new leadership at the Department of the Interior.  Those new officials are in the process of familiarizing themselves with the Public Lands Rule and the litigation regarding the rule.  In addition, Secretary's Order 3418 directs Department of the Interior staff to review certain previously issued rules, including the Public Lands Rule, and take steps, as appropriate, to suspend, revise, or rescind such rules.  *See* Secretary's Order No. 3418 § 4.b., available at: https://www.doi.gov/document-library/secretary-order/so-3418-unleashing-american-energy (last visited Mar. 20, 2025).  The Department of the Interior has submitted a proposed rule entitled Rescission of Conservation and Landscape Health Rule to the Office of Information and Regulatory Affairs.  *See* https://www.reginfo.gov/public/do/eoDetails?rrid=907019 (last visited August 7, 2025).  To allow further time for the Department of the Interior to continue that review process, the government respectfully requests that the Court stay these proceedings for an

additional sixty days.  At the end of the sixty day period, the parties will file another status report indicating how the parties intend to proceed.

   Respectfully submitted this 8th day of August 2025.

             ADAM R.F. GUSTAFSON
             Acting Assistant Attorney General
             Environment & Natural Resources Division
             United States Department of Justice

             */s/ Luther L. Hajek*
             LUTHER L. HAJEK (CO Bar # 44303)
             Trial Attorney
             United States Department of Justice
             Environment and Natural Resources Division
             999 18th Street
             South Terrace – Suite 370
             Denver, CO 80202
             Tel: (303) 844-1376 / Fax: (303) 844-1350
             luke.hajek@usdoj.gov

             *Counsel for Defendants*

| | |
|---|---|
| DREW H. WRIGLEY<br>Attorney General | RAÚL R. LABRADOR<br>Attorney General |
| /s/ *Philip Axt*<br>PHILIP AXT<br>Solicitor General<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck ND 58505<br>Phone: (701) 328-2595<br>Email: pjaxt@nd.gov | /s/ *Michael C. Orr*<br>JOY M. VEGA<br>MICHAEL C. ORR<br>Deputy Attorneys General<br>Energy and Natural Resources Division<br>Office of the Attorney General<br>700 W. State Street, 2nd Floor<br>P.O. Box 83720<br>Boise, ID 83720<br>Phone: (208) 334-2400<br>Email: joy.vega@ag.idaho.gov<br>Email: michael.orr@ag.idaho.gov |
| PAUL M. SEBY<br>Special Assistant Attorney General<br>1144 15th St, Suite 3300<br>Denver, CO 80202<br>Phone: (303) 572-6584<br>Email: sebyp@gtlaw.com | |
| *Counsel for State of North Dakota* | *Counsel for State of Idaho* |
| AUSTIN KNUDSEN<br>Attorney General | /s/ David Woodsmall<br>DAVID WOODSMALL*<br>Western Environmental Law Center<br>120 Shelton McMurphey Blvd., Suite 340 |
| */s/ Christian B. Corrigan* | |

3

CHRISTIAN B. CORRIGAN
Solicitor General
PETER M. TORSTENSEN, JR.
Deputy Solicitor General
Montana Department of Justice
215 N. Sanders Street
Helena, MT 59601
Phone: (406) 444-2707
Email: Christian.Corrigan@mt.gov
Email: Peter.Torstensen@mt.gov

*Counsel for State of Montana*

/s/ Samantha R. Caravello
NATHANIEL H. HUNT
SAMANTHA R. CARAVELLO
Kaplan Kirsch LLP
1675 Broadway, Suite 2300
Denver, CO 80202
Telephone: (303) 825-7000
nhunt@kaplankirsch.com
scaravello@kaplankirsch.com

TODD C. TUCCI*
SARAH STELLBERG*
ANDREW HURSH*
Advocates for the West
P.O. Box 1612
Boise, ID 83702
Telephone: (208) 342-7024
ttucci@advocateswest.org
sstellberg@advocateswest.org
ahursh@advocateswest.org

*Counsel for Intervenor-Defendants*

Eugene, OR 97401
Telephone: (971) 285-3632
woodsmall@westernlaw.org

BARBARA CHILLCOTT*
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
Telephone: (406) 430-3023
chillcott@westernlaw.org

ROSE RUSHING *
Western Environmental Law Center
208 Paseo Del Pueblo Sur #602
Taos, NM 87571
Telephone: (505) 278-9577
rushing@westernlaw.org

*Counsel for Intervenor-Defendants Badlands Conservation Alliance, Center for Biological Diversity, Citizens for a Healthy Community, Diné Citizens Against Ruining Our Environment, San Juan Citizens Alliance, Sierra Club, and WildEarth Guardians*

*Conservation Lands Foundation,*
*Southern Utah Wilderness Alliance,*
*and The Wilderness Society*

\* *Admitted Pro Hac Vice*